THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND<br><br>vs.<br><br>VECTRUS SYSTEMS CORPORATION, | Case No. 2:23-CV-01051-TL<br><br>**STIPULATION FOR ENTRY OF JUDGMENT AND [PROPOSED] JUDGMENT** |

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST FUND (the "Fund") and Defendant VECTRUS SYSTEMS CORPORATION ("Vectrus") (collectively, the "Parties"), as follows:

    1.    Plaintiff has brought this action seeking to enforce an arbitration award issued pursuant to a statutory mandated arbitration procedure under Title IV of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). Arbitrator Andrew Jacobs issued the arbitration award ("Arbitration Award") holding Vectrus liable to the Fund, as an employer for withdrawal liability purposes under the Multiemployer Pension Plan Amendments Act of 1980 ("MPPAA"), for the amount of withdrawal liability assessed, $853,062.38. The Arbitration Award is attached as Exhibit A to the Complaint in this action (*see* Dkt. 1).

2. The Parties have agreed to the entry of judgment and resolution of this action in accordance with the following terms. This Stipulation for Entry of Judgment memorializes the terms agreed to by the Parties.

   a. **Agreement to Abide by Arbitration Award**. Vectrus has agreed that it will not seek to amend, vacate, or otherwise challenge the Arbitration Award. Vectrus acknowledges that the Fund has moved to confirm the Arbitration Award by commencing this action (see Dkt. 1), and Vectrus has agreed not to oppose, contest, or otherwise respond to the Fund's filings to confirm the Arbitration Award. Vectrus has paid the Fund the full amount of the withdrawal liability assessed and at issue, and the Arbitration Award affirmed that amount was correct.

   b. **Agreement Regarding Attorney's Fees and Costs for Arbitration**. The Parties have agreed that they will not file any request or motion for attorney's fees or costs related to the arbitration proceedings that concluded with the issuance of the Arbitration Award or this litigation to enforce the Arbitration Award.

3. The Fund requests and Vectrus consents that Court confirm the Arbitration Award pursuant to ERISA section 4221(b), 29 U.S.C. §1401(b) ("Upon completion of the arbitration proceedings in favor of one of the parties, any party thereto may bring an action, no later than 30 days after the issuance of an arbitrator's award, in an appropriate United States district court . . . to enforce, vacate or modify the arbitrator's award). The Arbitration Award shall be incorporated by reference into this Stipulation for Entry of Judgment, as if set forth herein in full, and shall be fully enforceable as the Judgment of this Court, upon entry of Judgment.

4. It is further stipulated and agreed that the terms of this Stipulation for Entry of Judgment shall be binding on the heirs, successors, and assigns of the Parties to this action.

5. The Parties acknowledge that they have each had the opportunity to be represented by independent counsel of their own choice throughout all of the negotiations that preceded the execution of this Stipulation for Entry of Judgment.  The Parties further acknowledge that they have had an adequate opportunity to perform whatever investigation or inquiry each deemed necessary in connection with the subject matter of this Stipulation for Entry of Judgment prior to its execution.

6. This Stipulation for Entry of Judgment may be executed in counterparts, which, taken together, shall constitute the Stipulation for Entry of Judgment and be binding upon and effective as to all Parties hereto.

7. The Parties hereto mutually state that they have read the foregoing Stipulation for Entry of Judgment and are fully aware of its contents and legal facts.  This Stipulation for Entry of Judgment is entered into on the dates indicated below.

8. Each party shall bear its own costs and attorney's fees.

9. The Court will incorporate the terms of this Stipulation into its Order and enter a Judgment consistent therewith, and retain jurisdiction to enforce this Stipulation and the Judgment.

**IT IS SO STIPULATED.**

**REID, McCARTHY, BALLEW & LEAHY, L.L.P.**

By: *s/ Russell J. Reid*
Russell J. Reid, WSBA No. 2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Phone:  (206) 285-0464
Email:  rjr@rmbllaw.com

**JACKSON LEWIS, P.C.**

By: *s/ Keith Dropkin*
Keith Dropkin
Attorney at Law
Jackson Lewis, P. C.
44 South Broadway, 14th Floor
White Plains, NY  10601
Phone:  (914) 872 6873
Email:  Keith.Dropkin@jacksonlewis.com

I attest that my firm has obtained Mr. Dropkin's concurrence in the filing of this document.

**REID, McCARTHY, BALLEW & LEAHY, L.L.P.**

By: *s/Russell J. Reid*
Russell J. Reid, WSBA No. 2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Phone: (206) 285-0464
Email: rjr@rmbllaw.com

## ~~[PROPOSED]~~ ORDER

It is so ordered that Judgment is entered against Vectrus Systems Corporation, as set forth in the Stipulation for Entry of Judgment.

Dated: August 8, 2023

_____
Tana Lin
United States District Judge